IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-34-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GUS OLDBEAR, III, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, September 11, 2019 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Wednesday, September 11, 2019 at 1:30 p.m.**, changing the time for the hearing only.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30th day of May, 2019.

SUSAN P. WATTERS
United States District Judge

1